IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MORREAU COMBAT, LLC**                                               **PLAINTIFF**

**v.**                                                    **CAUSE NO. 1:17CV123-LG-RHW**

**DAVID MORREAU and**
**MCOMBAT, INC.**                                                           **DEFENDANTS**

## ORDER REQUIRING DEFENDANTS
## TO FILE SUPPORTING MEMORANDUM

**BEFORE THE COURT** is the defendants' Rule 60 Motion [49] to Alter, Amend, or Vacate this Court's prior Order [47] granting the plaintiff's Motion to Dismiss the Defendants' Counterclaim and scheduling a hearing on the plaintiff's Motion for Default Judgment. The Motion was filed without a supporting memorandum. Rule 7(b)(4) of the Local Uniform Civil Rules of the United States District Courts for the Northern District of Mississippi and the Southern District of Mississippi provides, "At the time the motion is served, other than motions or applications that may be heard ex parte or those involving necessitous or urgent matters, counsel for movant must file a memorandum brief in support of the motion." As a result, the defendants are ordered to file a memorandum in support of their Motion within ten days of the date of this Order. The time for the plaintiff to respond to the Motion will begin to run on the date that the memorandum is filed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the defendants are ordered to file a memorandum brief in support of their Rule 60 Motion [49] to Alter, Amend, or Vacate within ten days of the date of this Order.

**SO ORDERED AND ADJUDGED** this the 10th day of January, 2018.

                                                                 s/ *Louis Guirola, Jr.*
                                                                  Louis Guirola, Jr.
                                                                  United States District Judge